PROB 12C
(6/16)

Report Date: December 8, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Harry Anthony Williams | Case Number: | 0980 2:18CR00217-RMP-1 |
| Address of Offender: | | | Spokane, Washington 99201 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: February 13, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Escape From Federal Custody, 18 U.S.C. §§ 751(a), and 4082(a) | | |
| Original Sentence: | Prison - 7 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | September 8, 2020 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | September 7, 2023 |

### PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Williams is allegedly in violation of special condition #4 of his supervised release by failing to report for phase urinalysis testing on November 10, 2020, when his assigned color was identified for testing. |
| | On September 15, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Williams, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements. |
| | On November 12, 2020, this officer received notification from Pioneer Human Services (PHS) that the offender failed to report for phase urinalysis testing on November 10, 2020, when his assigned color was identified for testing. |
| 2 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Williams, Harry Anthony**
**December 8, 2020**
**Page 2**

**Supporting Evidence**: Mr. Williams is allegedly in violation of special condition #4 of his supervised release by consuming methamphetamine on or about November 9, 2020. On November 12, 2020, after submitting to random urinalysis testing and providing a urine sample that tested presumptive positive for methamphetamine, Mr. Williams admitted his use.

On September 15, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Williams, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On November 12, 2020, this officer contacted the offender and instructed him to report for random urinalysis testing after he failed to report for phase urinalysis testing the day prior.

On November 12, 2020, the offender reported to PHS for random urinalysis testing, as instructed by this officer, and provided a urine sample that tested presumptive positive for methamphetamine. Mr. Williams subsequently signed an admission of use form admitting his last use of methamphetamine was on or about November 9, 2020.

On November 18, 2020, the undersigned officer received lab confirmation that the urine sample provided by the offender on November 12, 2020, was in fact positive for methamphetamine and amphetamine.

3   **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Williams is allegedly in violation of special condition #3 of his supervised release by failing to attend treatment on November 25, December 2, December 4, and December 7, 2020.

On September 15, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Williams, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On December 7, 2020, the undersigned officer received confirmation from PHS that the client had failed to report for treatment on November 25, December 2, December 4, and December 7, 2020, as required. It should be noted, this officer has not excused Mr. Williams from treatment on the above-stated dates, and attempts to contact him to discuss his failure to engage in treatment have been unsuccessful.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Williams, Harry Anthony**
**December 8, 2020**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/08/2020

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*(signature)*

Signature of Judicial Officer

12/8/2020

Date