PROB 12C
(6/16)

Report Date: May 6, 2024

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Harry Anthony Williams | Case Number: 0980 2:18CR00217-TOR-1 |
| Address of Offender: ▮▮▮▮▮▮▮ Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 13, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Escape From Federal Custody, 18 U.S.C. §§ 751(a), 4082(a) | | |
| Original Sentence: | Prison - 7 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (November 22, 2022) | Prison - 6 months; TSR - 30 months | | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | December 13, 2022 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: | June 12, 2025 |

### PETITIONING THE COURT

To issue a summons.

On December 16, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Williams, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements set forth by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: On April 28, 2024, Harry Williams allegedly violated the conditions of his term of supervised release by being arrested for driving while under the influence of an intoxicating substance. On this date, Mr. Williams was also cited for driving without a valid driver's license. |
| | On April 29, 2024, the undersigned officer was notified by an automated alert that Mr. Williams was arrested. A records check resulted in Franklin County Sheriff's Office report 2024-00006114 detailing Mr. Williams' behavior and subsequent arrest on the evening of April 28, 2024. Mr. Williams reported to the undersigned officer on April 30, 2024, and admitted to this arrest and charge. |

Prob12C
Re: Williams, Harry Anthony
May 6, 2024
Page 2

2     **Special Condition #17**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

       **Supporting Evidence**: On April 28, 2024, Harry Williams allegedly violated the conditions of his term of supervised release by consuming alcohol. This led to his arrest for driving while under the influence of an intoxicating substance. His state of intoxication was described in detail in the arresting officer's report, to include poor coordination, slurred speech, and bloodshot eyes. The arrest report also notes that Mr. Williams' blood was collected for testing at a local medical center pursuant to search warrant.

       On April 30, 2024, Mr. Williams voluntarily admitted to the undersigned officer that he consumed alcohol on April 28, 2024. He willingly singed an admission form to this use.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 6, 2024

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Thomas O. Rice* (signature)

Thomas O. Rice
United States District Judge

May 6, 2024

Date