PROB 12C
(6/16)

Report Date: January 27, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 28, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Harry Anthony Williams         Case Number: 0980 2:18CR00217-TOR-1

Address of Offender: ███████████████████ Spokane, Washington 99224

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 13, 2020

| | |
|---|---|
| Original Offense: | Escape From Federal Custody, 18 U.S.C. §§ 751(a), 4082(a) |
| Original Sentence: | Prison - 7 months; TSR - 36 months |
| Revocation Sentence: (November 22, 2022) | Prison - 6 months; TSR - 30 months |
| Asst. U.S. Attorney: | Earl A. Hicks |
| Defense Attorney: | Justin Lonergan |

Type of Supervision: Supervised Release

Date Supervision Commenced: December 13, 2022

Date Supervision Expires: June 12, 2025

## PETITIONING THE COURT

To issue a warrant

On December 16, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Williams, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements set forth by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On January 26, 2025, Harry Williams allegedly violated the terms of his supervised release by being arrested in Lewis County, Idaho, for driving under the influence of an intoxicating substance.<br><br>On January 27, 2025, the undersigned officer was notified by the Lewis County Sheriff's Office that Mr. Williams was arrested on suspicion of driving under the influence after being involved in a vehicle accident where the vehicle subsequently rolled and caught on fire; case number: L1-2025-00028.<br><br>A police report has been requested for more information. |

Prob12C
**Re: Williams, Harry Anthony**
**January 27, 2025**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |

**Supporting Evidence**: On January 26, 2025, Mr. Williams allegedly violated the conditions of his supervision by leaving the district without permission on January 26, 2025.

On January 27, 2025, the undersigned officer was notified by the Lewis County Sheriff's Office that Mr. Williams was arrested in Lewis County, Idaho, on suspicion of driving under the influence following a vehicle accident. He was not given permission to leave the Eastern District of Washington.

3   **Special Condition # 5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On January 26, 2025, Mr. Williams allegedly violated the conditions of his supervised release by consuming alcohol.

On January 27, 2025, the undersigned officer was notified by the Lewis County Sheriff's Office that Mr. Williams was arrested on January 26, 2025, for driving under the influence. (See violation number 1)

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/27/2025

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

Prob12C

Re: Williams, Harry Anthony
January 27, 2025
Page 3

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Thomas O. Rice
United States District Judge

January 28, 2025
Date